**Raphael MENDEZ, Appellant,**

v.

**FEDERAL BUREAU OF PRISONS; Harrell Watts, Administrator, National Inmate Appeals, Appellees.**

No. 10–2806.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 12, 2010.

Filed: Nov. 17, 2010.

Rehearing and Rehearing En Banc Denied Dec. 28, 2010.

Raphael Mendez, Rochester, MN, pro se.

Ana H. Voss, U.S. Attorney's Office, argued, Minneapolis, MN, for Appellees.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Raphael Mendez, an involuntarily committed federal detainee who is confined at the Federal Medical Center in Rochester, Minnesota, appeals the district court's [1] denial of his 28 U.S.C. § 2241 petition for a writ of habeas corpus. Upon careful review, we conclude that Mendez is not entitled to habeas relief for the reasons relied upon by the district court. *See Mitchell v. U.S. Parole Comm'n,* 538 F.3d 948, 951 (8th Cir.2008) (per curiam) (standard of review). We also find Mendez's allegations of judicial bias to be meritless. *See Liteky v. United States,* 510 U.S. 540, 555, 114 S.Ct. 1147, 127 L.Ed.2d 474 (1994). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, Chief United States Magistrate Judge for the District of Minnesota.